IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| RODIN DIAZ, | : | CIV. NO. 23-3882 (RMB) |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| STEVIE KNIGHT, WARDEN, FCI FORT DIX, | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about July 20, 2023, Petitioner Rodin Diaz, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging he was entitled to but denied immediate release from prison upon application of his earned First Step Act ("FSA") Time Credits. (Docket No. 1.)

2. On August 4, 2023, Respondent filed a letter brief (Docket No. 4), submitting that the habeas petition is moot because the Bureau of Prisons ("BOP") recalculated and applied Petitioner's earned FSA Time Credits, and released him from custody on July 31, 2023. (Declaration of Jonathan Kerr, Docket No. 4-1.) Respondent contends the habeas petition is moot because the case no longer presents a live case or controversy. (Docket No. 4.)

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able

to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

4.  Petitioner has received the habeas relief he requested. Therefore, the petition is moot, and the Court will dismiss this matter.

An accompanying Order follows.

DATE: **September 8, 2023**

                                          s/Renée Marie Bumb
                                          RENÉE MARIE BUMB
                                          Chief United States District Judge